THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILLIP PESKY, Appellant.

(Submitted November 24, 1930; decided December 2, 1930.)

Motion for reargument denied.   (See 254 N. Y. 373.)

In the Matter of JOHN F. HICKS, an Attorney, Appellant. WILLIAM J. MORRIS, JR., et al., Respondents.
In the Matter of JAMES W. HICKS, an Attorney, Appellant. WILLIAM J. MORRIS, JR., et al., Respondents.

(Argued November 19, 1930; decided December 4, 1930.)

*Harold R. Medina* and *Edgar F. Hazelton* for appellant.
*William J. Morris, Jr.,* and *Charles S. Colden* for respondents.

Orders affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.